**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James Hubert CAIN, Defendant–
Appellant.**

No. 06–13538
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 11, 2007.

Kristen Gartman Rogers, Christopher Knight, Carlos Alfredo Williams, Southern District of Alabama Federal Defender, Mobile, AL, for Defendant–Appellant.

Leigh Lichty Pipkin, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Before TJOFLAT, BLACK and HULL, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, counsel for James Hubert Cain in this appeal from his re-sentencing, which was mandated in *United States v. Cain*, 433 F.3d 1345 (11th Cir.2005), when we affirmed his conviction and sentencing guideline calculation, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because we previously affirmed Cain's conviction, and because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cain's sentence imposed by the district court on May 17, 2006, is **AFFIRMED.**